AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida
Miami Division

YESRIN ROSALES,
and other similarly-situated individuals

*Plaintiff(s)*

v.

LA BRASA KENDALL FRANCHISEE, LLC.
d/b/a "LA BRASA GRILL KENDALL",
and ERNESTO TEJADA, individually

*Defendant(s)*

Civil Action No. 1:26-CV-28240 BLOOM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ERNESTO TEJADA, individually
10855 SW 72nd Street, Suite 60
Miami, FL 33173

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexis Mena-Glasgow
SIMPSON & MENA, P.A.
2250 SW Third Avenue, Suite 501
Miami, FL 33129
Telephone: (305) 912-7665 | alexis@simpsonmenalaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 18, 2026

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida
Miami Division

YESRIN ROSALES,
and other similarly-situated individuals

*Plaintiff(s)*

v.

LA BRASA KENDALL FRANCHISEE, LLC.
d/b/a "LA BRASA GRILL KENDALL",
and ERNESTO TEJADA, individually

*Defendant(s)*

Civil Action No. 1:26-CV-28240 BLOOM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
LA BRASA KENDALL FRANCHISEE, LLC.
d/b/a "LA BRASA GRILL KENDALL"
c/o Ernesto Tejada, Registered Agent
10855 SW 72nd Street, Suite 60
Miami, FL 33173

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexis Mena-Glasgow
SIMPSON & MENA, P.A.
2250 SW Third Avenue, Suite 501
Miami, FL 33129
Telephone: (305) 912-7665 | alexis@simpsonmenalaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 18, 2026

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts